# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HARRISON ADAM PARFAIT

NO. 2020 KW 0885

**DECEMBER 07, 2020**

In Re:    Harrison Adam Parfait, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 690044.

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT